FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE
FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com

Payment must be made by check or money order payable to Secretary of State.

FILED
JUL - 6 2018
JESSE WHITE
SECRETARY OF STATE

Filing Fee: $10    File #: 69466575    Approved: JS

—— Submit in duplicate —— Type or Print clearly in black ink —— Do not write above this line ——

1. Title and Number of Case:
   Consuelo Perez — first named plaintiff
   V.
   Physicians at Work, Inc. — first named defendant
   Number: 18 cv 2314

2. Name of corporation being served: Physicians At Work Inc.

3. Title of court in which an action, suit or proceeding has been commenced: U.S. Dist. Ct., Northern Dist Illinois

4. Title of instrument being served: *Alias* Summons, Complaint, Notice of Mandatory Initial Discovery, Standing Order

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
                                          Month Day        Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on
   _____, _____
   Month Day      Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 4836 Main St, #101 Skokie, IL 60077, 62 Golf Rd., Golf, IL 60029

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   Teresa A. Minnich         June 28              2018
   Signature of Affiant      Month Day            Year
   (312) 782-9000
   Telephone Number

TENDERED CHICAGO CORP. DEPARTMENT
JUN 28 2018
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER RENEW BY SPRINGFIELD OFFICE

Return to (please type or print clearly):
Teresa A. Minnich of Robbins Salomon Patt
Name
180 N. LaSalle St., Ste. 3300
Street
Chicago        IL       60601
City/Town      State    Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSUELO PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> PHYSICIANS AT WORK, INC., an Illinois corporation, and NAJMUS SAQIB OMAR <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 18 cv 02314 <br> ) <br> ) (JURY TRIAL DEMANDED) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Teresa A. Minnich, an attorney, certify that on July 12, 2018, I caused *Affidavit of Compliance for Service on Secretary of State, Summons to Physicians at Work, c/o Secretary of State,* with *Complaint, Notice of Mandatory Initial Discovery,* a copy of the *Standing Order Regarding Mandatory Initial Discovery Pilot Program,* and a copy of the *Mandatory Initial Discovery Pilot Project Checklist* to be served on:

Physicians at Work, Inc.
c/o Najmus Saqib Omar
Registered Agent and President
4836 Main St., #101
Skokie, IL 60077

via Certified Mail, Return Receipt Requested, receipt number 7015 1520 0002 7463 1372; and on

Physicians at Work, Inc.
c/o Najmus Saqib Omar
Registered Agent and President
62 Golf Rd.
Golf, IL 60029

via Certified Mail, Return Receipt Requested, receipt number 7015 1520 0002 7463 1365.

/s/ *Teresa A. Minnich*
Attorney for Plaintiff

L. Steven Platt, Esq. lsplatt@rsplaw.com (3122005)
Teresa A. Minnich, Esq. tminnich@rsplaw.com (6299526)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000
(312) 782-6690 (Fax)